IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| CHRISTOPHER WILLIAM WALTERS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) NO. 1:20-cv-00013 ) ) |
| ANDREW SAUL, Commissioner of Social Security Administration, | ) JUDGE CAMPBELL ) MAGISTRATE JUDGE ) FRENSLEY ) |
| Defendant. | ) ) |

## ORDER

This action is **REFERRED** to the Magistrate Judge to enter a scheduling order for the management of the case to dispose or recommend disposition of any pretrial motions under 28 U.S.C. §§ 636(b)(1)(A) and (B), and to conduct further proceedings, if necessary, under Rule 72(b), Fed.R.Civ.P., and Local Rules of Court.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE