# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Christopher William Walters

                                  Plaintiff,

v.                                                           Case No.: 1:20−cv−00013

Social Security Administration

                                  Defendant,

## ORDER ON MOTION TO APPEAR PRO HAC VICE

Having satisfied the requirements of Local Rule 83.01(b), the motion to appear *pro hac vice* (Doc. No. 6) of Jeremiah D. Hayes is GRANTED.

                                                                            s/ Kirk L. Davies, Clerk of Court