**MOTION GRANTED.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| CHRISTOPHER WILLIAM WALTERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 1:20-cv-00013 |
| ) | District Judge Campbell, Jr. |
| ANDREW SAUL, ) | Magistrate Judge Frensley |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Motion to Stay Proceedings

Comes now the undersigned Special Assistant United States Attorney who moves to stay proceedings prior to filing the Commissioner's Answer in this case. A stay is required because the administrative transcript is unavailable for the reasons set forth in the separately filed memorandum in support. The law requires that the administrative transcript must be filed as part of the Answer. See 42 U.S.C. § 405(g) ("As part of the Commissioner's answer the Commissioner of Social Security shall file a certified copy of the transcript of the record...."). The Commissioner moves that the proceedings be stayed until such time as the administrative transcript is available, at which time Defendant will file the appropriate pleadings without further motion.

Per local rule 7.01(a)(1), the undersigned contacted Plaintiff's counsel. Plaintiff's counsel does not object to this motion.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney for the
Middle District of Tennessee

s/ Jeremiah D. Hayes
JEREMIAH D. HAYES
MO Bar # 58916
Special Assistant United States Attorney
601 E. 12th Street, Room 965
Kansas City, Missouri  64106-2898
Tel:  (816) 936-5777
e-mail: jeremiah.hayes@ssa.gov

OF COUNSEL

Lisa A. Thomas
Chief Counsel, Region VII
Social Security Administration

ATTORNEYS FOR DEFENDANT
ANDREW SAUL
COMMISSIONER OF SOCIAL
SECURITY

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Michael P. Williamson
P.O. Box 41771
Nashville, TN 37219
Email:  willex211@aol.com
Attorney for Plaintiff

s/ Jeremiah D. Hayes
JEREMIAH D. HAYES
Special Assistant United States Attorney
