IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| CHRISTOPHER WILLIAM WALTERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 1:20-cv-00013 |
| ) | |
| ANDREW SAUL, ) | JUDGE CAMPBELL |
| Commissioner of Social Security, ) | MAGISTRATE JUDGE FRENSLEY |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Defendant's Motion for Entry of Judgment Under Sentence Four, 42 U.S.C. § 405(g) (Doc. No. 15). Through the Motion, Defendant requests the Court enter judgment reversing and remanding this case to the Commissioner for further action, pursuant to sentence four of 42 U.S.C. § 405(g). Defendant states remand is necessary for further evaluation of Plaintiff's claim. Defendant indicates Plaintiff has no objection to the Motion.

Defendant's Motion is **GRANTED**, and this case is **REVERSED** and **REMANDED** to the Commissioner for further consideration. This Order terminates the Court's jurisdiction over this matter, and the case is **DISMISSED.** The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE